# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| **GREATER NEW YORK MUTUAL INSURANCE COMPANY,**<br><br>*Plaintiff(s)*<br>v.<br>**LIAKAS LAW, P.C., DEAN N. LIAKAS, NICHOLAS E. LIAKAS,**<br>("*Liakas Defendants*")<br><br>**MARCOS TAVAREZ, JOSE SONE-MARTINEZ (TRUE NAME UNKNOWN), MARK D. ROLNIK,**<br>**LUIS R. RODRIGUEZ,**<br>("*Runner Defendants*")<br><br>**JUMPSTART FUNDING, LLC,**<br>("*Funding Defendants*")<br><br>**ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC /d/b/a TOTAL ORTHOPEDICS, VADIM LERMAN, D.O. f/k/a VADIM KUZNETSOV, KAREN AVANESOV, D.O., ALEXIOS APAZIDIS, M.D., SHIVEINDRA JEYAMOHAN, M.D., ABHISHEK KUMAR, M.D., ARISTIDE BURDUCEA, D.O.,**<br>("*Total Ortho Defendants*")<br><br>**MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS, DAVID R. CAPIOLA, M.D.,**<br>("*McCulloch Defendants*")<br><br>**ACCELERATE RADIOLOGY, P.C. d/b/a PRECISION ACCELERAD, SIDDHARTH PRAKASH, M.D.,**<br>("*AcceleRad Defendants*")<br>**BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT PLLC a/k/a FJ ORTHOPAEDICS AND PAIN MANAGEMENT PLLC, JONATHAN M. SIMHAEE, M.D.,**<br>("*Premier Defendants*")<br><br>**SPORTS MEDICINE & SPINE REHAB, PC, SILVIA GERACI, M.D.,**<br>("*SMSR Defendants*")<br><br>**BROOKLYN MEDICAL PRACTICE, P.C., BIG APPLE PAIN MANAGEMENT PLLC, NORTH SHORE FAMILY CHIROPRACTIC, P.C., UNICORN ACUPUNCTURE, P.C., SAYEEDUS SALEHIN, M.D., RICHARD J. APPLE, M.D., TODD LEBSON, DC, DEKUN WANG, L.AC,**<br>("*410 Ditmas Defendants*")<br><br>**COMMUNITY MEDICAL IMAGING, P.C., ANDREW MCDONNELL, M.D.,**<br>("*CMI Defendants*")<br><br>**BRONX SC LLC d/b/a/ EMPIRE STATE AMBULATORY SURGICAL CENTER, ANDERS J. COHEN, D.O., SAAD CHAUDHARY, D.O., and BOGORAZ LAW GROUP, P.C.,**<br>("*Miscellaneous Defendants*")<br><br>*Defendant(s)* | Civil Action No. **1:26-cv-00450** (FB)(PK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THE WILLIS LAW GROUP, PLLC**
**DANIEL A. JOHNSTON**
**WILLIAM J. CLAY**
**KIRK WILLIS**
**MICHAEL A. GRAVES**
1985 Forest Lane
Garland, Texas 75042
Telephone: 214-736-9733
Service Email: service@thewillislawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*BRENNA B. MAHONEY*
*CLERK OF COURT*

Date: 1-29-2026

/S/ Michael Innelli, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS IN A CIVIL ACTION

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS IN A CIVIL ACTION

1. LIAKAS LAW, P.C., 40 Wall St 50th Floor, New York, NY 10005
2. DEAN N. LIAKAS, 40 Wall St 50th Floor, New York, NY 10005
3. NICHOLAS E. LIAKAS, 40 Wall St 50th Floor, New York, NY 10005
4. MARCOS TAVAREZ, 13 Ascan St., Valley Stream NY 11580
5. JOSE SONE-MARTINEZ (TRUE NAME UNKNOWN), 183 Hemlock Street 1st Floor Brooklyn, NY 11208
6. MARK D. ROLNIK, 325 Broadway # 402, New York, NY 10007
7. LUIS R. RODRIGUEZ, 30 Jensen Rd, Bay Shore, NY
8. JUMPSTART FUNDING, LLC, 576 Main Street, Suite C, Chathan, NJ 07982
9. ORTHOPAEDICS SPINE & SPORTS MEDICINE, LLC /d/b/a TOTAL ORTHOPEDICS, 1789 Sheepshead Bay Road, Brooklyn, NY 11235
10. VADIM LERMAN, D.O. f/k/a VADIM KUZNETSOV, 1789 Sheepshead Bay Road, Brooklyn, NY 11235
11. KAREN AVANESOV, D.O., 1789 Sheepshead Bay Road, Brooklyn, NY 11235
12. ALEXIOS APAZIDIS, M.D., 1789 Sheepshead Bay Road, Brooklyn, NY 11235
13. SHIVEINDRA JEYAMOHAN, M.D., 37 W Century Rd #111, Paramus, NJ 07652
14. ABHISHEK KUMAR, M.D., 171 Chrystie Street, 14B, New York, NY 10002
15. ARISTIDE BURDUCEA, D.O., 12 Unqua Rd, Massapequa, NY 11758
16. MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C. s/d/b/a NEW YORK SPORTS AND JOINTS ORTHOPAEDIC SPECIALISTS, 110 Duane Street, New York, NY 10007
17. DAVID R. CAPIOLA, M.D., 110 Duane Street, New York, NY 10007
18. ACCELERATE RADIOLOGY, P.C. d/b/a PRECISION ACCELERAD, 222 E 68th St, New York, NY 10065
19. SIDDHARTH PRAKASH, M.D., 222 E 68th St, New York, NY 10065
20. BROOKLYN PREMIER ORTHOPEDICS AND PAIN MANAGEMENT PLLC a/k/a FJ ORTHOPAEDICS AND PAIN MANAGEMENT PLLC, 1414 Newkirk Avenue, Brooklyn, NY 11226
21. JONATHAN M. SIMHAEE, M.D., 1414 Newkirk Avenue, Brooklyn, NY 11226
22. SPORTS MEDICINE & SPINE REHAB, PC, 160 North Franklin St. Hempstead, NY 11550
23. SILVIA GERACI, M.D., 160 North Franklin St. Hempstead, NY 11550
24. BROOKLYN MEDICAL PRACTICE, P.C., 410 Ditmas Avenue, Brooklyn, NY 11218

# RIDER TO SUMMONS IN A CIVIL ACTION

25. **BIG APPLE PAIN MANAGEMENT PLLC**, 410 Ditmas Avenue, Brooklyn, NY 11218

26. **NORTH SHORE FAMILY CHIROPRACTIC, P.C.**, 410 Ditmas Avenue, Brooklyn, NY 11218

27. **UNICORN ACUPUNCTURE, P.C.**, 410 Ditmas Avenue, Brooklyn, NY 11218

28. **SAYEEDUS SALEHIN, M.D.**, 410 Ditmas Avenue, Brooklyn, NY 11218

29. **RICHARD J. APPLE, M.D.**, 410 Ditmas Avenue, Brooklyn, NY 11218

30. **TODD LEBSON, DC,** , 410 Ditmas Avenue, Brooklyn, NY 11218

31. **DEKUN WANG, L.AC,** , 410 Ditmas Avenue, Brooklyn, NY 11218

32. **COMMUNITY MEDICAL IMAGING, P.C.**, 2102 Avenue Z, Brooklyn, NY 11235

33. **ANDREW MCDONNELL, M.D.**, 2102 Avenue Z, Brooklyn, NY 11235

34. **BRONX SC LLC d/b/a/ EMPIRE STATE AMBULATORY SURGICAL CENTER**, 3170 Webster Ave, Bronx, NY 10467

35. **ANDERS J. COHEN, D.O.**, 203 Jay Street, 4th Floor, Suite 402, Brooklyn, NY 11201

36. **SAAD CHAUDHARY, D.O.**, 5 E 98th St 4th Fl, New York, NY 10029

37. **BOGORAZ LAW GROUP, P.C.**, 3848 Nostrand Ave, Brooklyn, NY 11235