UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

GREATER NEW YORK MUTUAL INSURANCE CO.,

Plaintiff,

v.

LIAKAS LAW, P.C. *et al.*

Defendants.

------------------------------------------------------------- X

26-cv-450-FB-PK

**NOTICE OF MOTION**

[ORAL ARGUMENT REQUESTED]

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated July 10, 2026, and the Affirmation of the undersigned Counsel and the Exhibits annexed thereto, and all proceedings previously had herein, Defendant Mark D. Rolnik, by his undersigned attorneys, THE ASHMORE FIRM PLLC, will move this Court under Federal Rule of Civil Procedure 12(b)(6), before the Honorable Frederic Block, United States District Senior Judge for the Eastern District of New York, at 225 Cadman Plaza, East, Brooklyn, New York 11201, on a date and time to be determined by this Court, for an order dismissing the within Complaint in its entirety and with prejudice as against Mark D. Rolnik, together with an award of attorneys' fees and costs under the Court's authority and pursuant to 28 U.S.C. § 1927; and such and other further relief that this Court may deem just and proper.

Dated: New York, New York
July 10, 2026

Respectfully submitted,

**THE ASHMORE FIRM PLLC**

By: /s/ Benjamin J. Ashmore Sr.

Benjamin J. Ashmore Sr., Esq.

THE ASHMORE FIRM PLLC

420 Lexington Avenue, Ste 300
New York, NY 10170

1110 Brickell Ave, Ste 430
Miami, FL 33131

(800) 955-0629
Fax (212) 656-1375
Cell (917) 750-9212

New York Bar: 5902366
New Jersey Bar: 335502021
Florida Bar: 1038154

*Attorneys for Defendant Mark D. Rolnik*