**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- X

GREATER NEW YORK MUTUAL INSURANCE CO.,

Plaintiff,

v.

LIAKAS LAW, P.C. *et al.*

Defendants.

--------------------------------------------------------------- X

26-cv-450-FB-PK

**AFFIRMATION OF BENJAMIN J. ASHMORE SR. IN SUPPORT OF DEFENDANT MARK ROLNIK'S MOTION TO DISMISS UNDER RULE 12**

BENJAMIN J. ASHMORE SR., an attorney duly admitted to practice before this Honorable Court, hereby makes this Affirmation in support of Defendant Mark Rolnik's (Mr. Rolnik") Motion to Dismiss, and declares pursuant to 28 U.S.C. §1746 that the following is true and correct under penalty of perjury:

1. My firm represents, and I am the lead attorney Mr. Rolnik in the within action.

2. The foregoing statements are based on my review of the applicable, public and/or law firm records.

3. Mr. Rolnik is a licensed and practicing attorney.

4. Mr. Rolnik has been licensed to practice law in New York since 1980.[1]

5. Mr. Rolnik has never been the subject of a bar ethics investigation, in any state where he has been admitted to practice law.

6. Mr. Rolnik has been practicing as sole-practitioner personal injury lawyer since 1991, the last year in which he had law partners.

---

[1] Several years ago, as Mr. Rolnik began to take steps to wind down his law practice, with a view towards retirement, he changed his New Jersey law license to inactive status.

7. Annexed hereto at Exhibit 1 is the July 9, 2026 Declaration of Mr. Rolnik's long-time legal secretary and office manager, Madeline Gonzalez.

8. Annexed hereto at Exhibit 2 is the July 9, 2026 Declaration of Adria Pam Rolnik, the sole-owner and President of the litigation funding company Highlands Lending Corporation ("HLC") that is referenced in the Complaint filed in this case. See ECF 1, at ¶151

Dated: New York, New York
July 10, 2026

Respectfully submitted,
/s/ Benjamin J. Ashmore Sr.
Benjamin J. Ashmore Sr., Esq.
(Bar No.: 5902366)

THE ASHMORE FIRM PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(800) 955-0629
Fax: (212) 656-1375
Cell: (917) 750-9212
ben.ashmore.sr@ashmore.law

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

GREATER NEW YORK MUTUAL INSURANCE CO.,

Plaintiff,

v.

LIAKAS LAW, P.C. *et al.*

Defendants.

---------------------------------------------------------------- X

26-cv-450-FB-PK

**DECLARATION OF MADELINE GONZALEZ IN SUPPORT OF DEFENDANT MARK ROLNIK'S MOTION <u>TO DISMISS UNDER RULE 12</u>**

I, MADELINE GONZALEZ, being of full age, hereby declare pursuant to 28 U.S.C. §1746 that the following is true and correct under penalty of perjury:

1. I am defendant and attorney Mark Rolnik's ("Mr. Rolnik") legal secretary and office manager

2. I have been employed as Mr. Rolnik's legal secretary and office manager (the "Role" or "Position") for approximately fifteen years.

3. Mr. Rolnik is a sole practitioner, and personal injury lawyer, operating under the name Mark. D. Rolnik, Esq. (the "Law Practice").

4. In my Role, I am fully aware of the policies, procedures and practices of the Law Practice.

5. In my Role, I am responsible for assisting Mr. Rolnik in the initial client intake for prospective clients, and maintaining office records of the same.

6. In my Role, I am responsible for maintaining the Law Practices' office records, including those records related to cases which Mr. Rolnik refers to other personal injury lawyers.

7. Since 2020, Mr. Rolnik has begun to wind down his Law Practice, as he approaches retirement, including changing my working hours to part-time employment.

8. The Law Practice continues to directly litigate a small number of cases on behalf of its own clients, but in light of the anticipated future retirement of Mr. Rolnik, it has referred a number of cases coming in the door to other lawyers and law firms.

9. Since 2020, the Law Practice has referred 796 cases that came in to the Law Practice to his personal injury attorney colleagues at eleven different law firms (the "Referred Cases").[1]

10. Of those Referred Cases, upon information and belief, 485 remain pending at, and 134 have been favorably resolved by, the various law firms to which they were referred.

11. Upon information and belief, in approximately 180 of those Referred Cases, the receiving law firm or attorney did not agree to retention.

12. Respecting defendant Liakas Law P.C. and its attorneys (collectively, "Liakas Law"): 372 of the 796 Referred Cases were referred to Liakas Law.

13. Of the Referred Cases sent to Liakas Law, upon information and belief, 54 have reached favorable resolution (*i.e.*, either by settlement or judgment), and in 78 other cases, Liakas Law did not agree to retention.

Dated: New York, New York
July 9, 2026

Respectfully submitted,

Madeline Gonzalez
Mark D Rolnik, Esq.
325 Broadway, Suite 402
New York, NY 10007

---

[1] The vast majority of these referrals occurred in the early 2020's

# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

GREATER NEW YORK MUTUAL
INSURANCE CO.,

Plaintiff,

v.

LIAKAS LAW, P.C. *et al.*

Defendants.

---------------------------------------------------------------- X

26-cv-450-FB-PK

**DECLARATION OF
ADRIA PAM ROLNIK
IN SUPPORT OF DEFENDANT
MARK ROLNIK'S MOTION
TO DISMISS UNDER RULE 12**

I, ADRIA PAM ROLNIK, being of full age, hereby declare pursuant to 28 U.S.C. §1746 that the following is true and correct under penalty of perjury:

1. I am the sole owner and President of the litigation funding company named the Highlands Lending Corporation ("HLC") that is referenced in the Complaint filed in this case. See ECF 1, at ¶151.

2. On or about June 2018, I purchased HLC from Marty Rosen, upon his retirement.

3. HLC is a separate entity, and unrelated to my husband, Defendant Mark Rolnik's law practice, entitled Mark D. Rolnik, Esq.

4. HLC has not invested in, loaned monies to, or participated in any litigation brought by Def. Liakas Law, PC, Dean Liakas, or Nicholas Liakas, at any time.

5. HLC has not participated in any litigation funding with Def. Jumpstart LLC.

Dated: West Orange, New Jersey
July 9, 2026

Respectfully submitted,

Adria Pam Rolnik
18 Witte Place
West Orange, NJ 07052