| | |
|---|---|
| **Subject:** | Re: Service of Rolnik MTD Reply Memo - Greater New York Mutual Insurance Company v. Liakas Law, P.C. et al., Case No. 1:26-cv-00450-FB-PK (EDNY) |
| **Date:** | Friday, October 23, 2026 at 8:30:08 PM Eastern Daylight Time |
| **From:** | Daniel Johnston |
| **To:** | Ben Ashmore Sr., Esq., 'Wiktor, Andrew', William Clay, Michael A. Graves |
| **CC:** | 'Catterson, James M.', 'Walsh, Brianna S.', 'Madigan, Sarah M.', 'Sarah McMahon', musheresq@gmail.com, mjkeane@garfunkelwild.com, awolff@garfunkelwild.com, jsussman@weisszarett.com, lpopeil@weisszarett.com, scarroll@bracheichler.com, nrao@bracheichler.com, pbirzon@pbalaw.net, 'Matthew Conroy', 'Robert Hewitt', matt@pseeliglaw.com, mfinegan@rmfpc.com, ncerullo@rmfpc.com, rmorgenstern@rmfpc.com, gtsirelman@gtmdjd.com, jmoss@gtmdjd.com, orybak@rybakfirm.com, mkroopnick@rybakfirm.com, dholzka@hpmb.com, gapfel@hpmb.com, gmaldonado@Hpmb.com, rebeccadyeh@gmail.com, aaron.m.rubin@gmail.com, 'Alexis Acevedo', Sherley Febus-Galdamez, ryeh@hpmb.com, mmoschetti@marinollp.com |
| **Attachments:** | image001.jpg, image002.jpg, image003.png, image004.png |

We don't intend to make an issue out if it. Thank you for the update and acknowledge receipt.

Get [Outlook for Android]

---

**From:** Ben Ashmore Sr., Esq. <ben.ashmore.sr@ashmore.law>
**Sent:** Friday, 23 October 2026 19:27:06
**To:** 'Wiktor, Andrew' <andrew.wiktor@pillsburylaw.com>; Daniel Johnston <djohnston@thewillislawgroup.com>; William Clay <Wclay@thewillislawgroup.com>; Michael A. Graves <mgraves@thewillislawgroup.com>
**Cc:** 'Catterson, James M.' <james.catterson@pillsburylaw.com>; 'Walsh, Brianna S.' <brianna.walsh@pillsburylaw.com>; 'Madigan, Sarah M.' <sarah.madigan@pillsburylaw.com>; 'Sarah McMahon' <sam@schlawpc.com>; musheresq@gmail.com <musheresq@gmail.com>; mjkeane@garfunkelwild.com <mjkeane@garfunkelwild.com>; awolff@garfunkelwild.com <awolff@garfunkelwild.com>; jsussman@weisszarett.com <jsussman@weisszarett.com>; lpopeil@weisszarett.com <lpopeil@weisszarett.com>; scarroll@bracheichler.com <scarroll@bracheichler.com>; nrao@bracheichler.com <nrao@bracheichler.com>; pbirzon@pbalaw.net <pbirzon@pbalaw.net>; 'Matthew Conroy' <mjc@schlawpc.com>; 'Robert Hewitt' <reh@schlawpc.com>; matt@pseeliglaw.com <matt@pseeliglaw.com>; mfinegan@rmfpc.com <mfinegan@rmfpc.com>; ncerullo@rmfpc.com <ncerullo@rmfpc.com>; rmorgenstern@rmfpc.com <rmorgenstern@rmfpc.com>; gtsirelman@gtmdjd.com <gtsirelman@gtmdjd.com>; jmoss@gtmdjd.com <jmoss@gtmdjd.com>; orybak@rybakfirm.com <orybak@rybakfirm.com>; mkroopnick@rybakfirm.com <mkroopnick@rybakfirm.com>; dholzka@hpmb.com <dholzka@hpmb.com>; gapfel@hpmb.com <gapfel@hpmb.com>; gmaldonado@Hpmb.com <gmaldonado@Hpmb.com>; rebeccadyeh@gmail.com <rebeccadyeh@gmail.com>; aaron.m.rubin@gmail.com <aaron.m.rubin@gmail.com>; lpopeil@weisszarett.com <lpopeil@weisszarett.com>; 'Alexis Acevedo' <aja@schlawpc.com>; Sherley Febus-Galdamez <SGaldamez@thewillislawgroup.com>; 'Sarah McMahon' <sam@schlawpc.com>; ryeh@hpmb.com <ryeh@hpmb.com>; mmoschetti@marinollp.com <mmoschetti@marinollp.com>
**Subject:** Re: Service of Rolnik MTD Reply Memo - Greater New York Mutual Insurance Company v. Liakas Law, P.C. et al., Case No. 1:26-cv-00450-FB-PK (EDNY)

Counsel,

We keep getting a 404 error on the EDNY CM/ECF website when uploading, thus we are serving by email Mr. Rolnik’s attached Reply Memorandum, and on Monday -- after consulting with the Clerk’s office --we will attempt to refile electronically in accordance with the Court’s Individual Rules.

Thanks,

**Benjamin J. Ashmore Sr., Esq.**
*JD, MPP, MBA, BBA, BA* | LinkedIn

**The Ashmore Firm PLLC**
***New York* | *New Jersey* | *Florida***

420 Lexington Avenue, Suite 300
New York, NY 10170

1110 Brickell Ave, Suite 400
Miami, FL 33131

(800) 955-0629
fax (212) 656-1375
cell (917) 750-9212

**NOTICE**: This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**IRS CIRCULAR 230 DISCLOSURE**
Under regulations issued by the United States Treasury Department, to the extend that tax advice is contained in this communication (or any attachment or enclosure attached hereto), you are advised that such tax advice is not intended or written to be used, and cannot be used by you, or any other party to whom this correspondence is shown, for the purposes of: (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marking or recommending the tax advice addressed herein to any other party.

Please consider the environment before printing this e-mail or its attachments.

---

**From:** "Ben Ashmore Sr., Esq." <ben.ashmore.sr@ashmore.law>
**Date:** Friday, July 10, 2026 at 6:12 PM
**To:** "'Wiktor, Andrew'" <andrew.wiktor@pillsburylaw.com>, 'Daniel Johnston' <djohnston@thewillislawgroup.com>, 'William Clay' <wclay@thewillislawgroup.com>, "'Michael A. Graves'" <mgraves@thewillislawgroup.com>
**Cc:** "'Catterson, James M.'" <james.catterson@pillsburylaw.com>, "'Walsh, Brianna S.'" <brianna.walsh@pillsburylaw.com>, "'Madigan, Sarah M.'" <sarah.madigan@pillsburylaw.com>,